(INND Rev. 12/23)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

**FILED**
FEB 25 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
M

Heidi Davonne Brown ,

[You are the **PLAINTIFF**, print your full name on this line.]

v.

Nancy (LAST NAME UNKNOWN) ,

[The **DEFENDANT** is who you are suing.]

Case Number _____3:25cv182_____

[For a new case in this court, leave blank.
The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is *VERY IMPORTANT* that you include it on *everything* you send to the court for this case. *DO NOT* send more than one copy of anything to the court.]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 117 N. Lafayette BLd Blvd. South Bend, IN

2. My telephone number is: (574) 703 8242

3. The Defendant's address is: unknown

4. This action is brought for employment discrimination pursuant to:

    [X] Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
        *[race, color, gender, religion, national origin]*

    [X] Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

    ( ) Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

    [X] Other: Right to fair and adequate housing.

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: pending

6. The date on my Notice of Right to Sue letter is: pending

7. The date I received my Notice of Right to Sue letter was: pending

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 12/23)

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Individuals committed assault, on or approx. 2|16|2025.

2. Individuals maliciously terminated individuals employment.

3. Individual conspired / co-spired to commit battery.

4. Individuals harrassed, threatened and intimidated plaintiff.

5. Individuals committed an intentional, planned HATE Crime.

6. Individuals discriminated, and indulged in acts of pre meditated Crimes.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

*to pett determined per Trial.*

**DOCUMENTS** – I have attached a copy of the following documents:

◯ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

◯ Notice of Right to Sue letter

☒ Other: *will include upon request*

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

___ I will keep a copy of this complaint for my records.

___ I will promptly notify the court of any change of address.

___ I declare **under penalty of perjury** that the statements in this complaint are true.

_____    _8/25/25_
Signature                                      Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*